UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY M. GONZALES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO.: 1:24-cv-00440-GSA<br><br>**ORDER EXTENDING BRIEFING DEADLINES** |

　　As stipulated, it is **ORDERED** that Plaintiff's MSJ deadline is extended to and including August 21, 2024 and other deadlines are adjusted accordingly.

IT IS SO ORDERED.

　　Dated:　**July 13, 2024**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE