UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY GONZALES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO: 1:24-cv-440-GSA<br><br>**ORDER OF REMAND AND DIRECTING ENTRY OF JUDGMENT**<br><br>(Doc. 13) |

　　　As stipulated, Doc. 15, this case is remanded to the Commissioner for further proceedings pursuant to 42 U.S.C. 405(g) sentence four.

　　　Judgment is directed for Plaintiff.

IT IS SO ORDERED.

　　Dated:　**September 19, 2024**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE